CYNTHIA A. KAGIWADA, HSBA NO. 7969
ATTORNEY AT LAW
P.O. Box 368
Kaneohe, Hawaii 96744
Telephone: (808) 230-4430
E-mail:  c_kagiwada@hotmail.com

Attorney for Defendant
PRESTON M. KIMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR NO. 19-00099-DKW-06 |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO WAIVE APPEARANCES AT HEARING ON JOINT MOTION TO CONTINUE TRIAL (ECF NO. 235 |
| vs. | |
| PRESTON M. KIMOTO (06), | |
| Defendant. | |

**ORDER GRANTING MOTION TO WAIVE APPEARANCES AT HEARING ON JOINT MOTION TO CONTINUE TRIAL (ECF NO. 235)**

Defendant, PRESTON M. KIMOTO, has moved this court through counsel for an order waiving his appearance and counsel's appearance at the hearing on the "Joint Motion to Continue Trial (ECF No. 235)," scheduled for June 14, 2021,

NOW, THEREFORE GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the motion is granted and the appearances of both Defendant

Preston Kimoto and his counsel are waived for the June 14, 2021 hearing on the "Joint Motion to Continue Trial (ECF No 235)."

IT IS APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, June 8, 2021.

Kenneth J. Mansfield
United States Magistrate Judge